**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# Case No. 06-80666-CV-HURLEY/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DE#**1**
Docket Clerk **dg**

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: ______________________ **06-80666**

CIV-HURLEY

MAGISTRATE JUDGE WHITE

Michael L. Hopp

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Deputy John Wiske #6933
Deputy Patriek Bolton #5488
Deputy Robert Schooley #4133
Deputy Paul Kennedy #4150
Palm Beach County Sheriffs Dept.

(Enter above the full name of the defendant or defendants in this action.)

cat / div West Palm Beach "1983"
Case # 06-80666-Civ-
Judge Hurley Mag White
Motn Ifp YES Fee pd $ ——
Receipt # ——

**A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______

______

Defendants: ______

______

2. Court (if federal court, name the district; if state court, name the county): ______

______

3. Case Number: ______

4. Name of Judge to whom case was assigned: ______

______

5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

______

6. Approximate date of filing lawsuit: ______

7. Approximate date of disposition: ______

II. Place of present confinement: Hamilton Correctional (Work Camp) 1046 S.W. 46st Jasper Fl 32052

A. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( ) No (X)

C. If your answer is YES:

1. What steps did you take? ______________________

2. What was the result? ______________________

D. If your answer is NO, explain why not: Because it is not related to the Department of Corrections in anyway.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: Michael L. Hopp #B03224

Address: A2-134 Hamilton Correctional Institution Work Camp

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Deputy John Wiske

is employed as Palm Beach County Sherriffs Dept.

at 3228 Gun Club Road West Palm Beach Fl 33406

C. Additional Defendants:

Deputy Patrick Bolton #5488
Deputy Robert Schooley #4133
Deputy Paul Kennedy #4150
?
Deputy Dontra Manuel #5213

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

1) ON Sept. 26 2004 I WAS pulled OVER By Deputy Robert Schooley AND released.
2) Deputies KENNEdy, MANUEl, AND Wiske questioned AND realesed ME.
3) Deputy Wiske AGAIN pulled ME OVER physically grabbed ME By the Kneck threated to Kill ME AND proceeded to drown ME IN A puddle OF WATER APPROXIMATELY 10" to 12" DEEP.
4) Deputy Bolton committed perjury by claiming he WAS involved IN MY INTERAGATION. Bolton has NEVER SAW ME IN his LIFE AND WAS NEVER At SCENE.
5) Deputies Kennedy, Schooley, Wiske AND Bolton committed PERJURY UNDER OATH resulting iN my conviction AND INCARCERATION IN State prison.
6) I WAS Also Hospitalized For ONE WEEK AS A Result OF MY ASSAULT, FAlse ARREST AND False imprisoment.

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to EnForce the law For the perjured testimony of these police officers. I would like the court to prosecute Deputy Wiske For Assault And police brutality.

I would Ask the court For compensation For the violation of my Consititional And Civil Rights For False Arrest, False Imprisonment, And my Hospitalization costs.

Signed this 4th day of July, 20 06.

Michael S. Hopp
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on 7-4-06

Michael S. Hopp
(Signature of plaintiff)

DEAR Court, 7-4-06

First of All I was convicted And given the maximum sentence without any Evidence. There is no Breath, blood or Urine test, no Field Sobriety test And no video. There is no other testimony Except For the officers Wikse, Schooley, And Kennedy. Deputy Bolton was brought in as a witness two weeks before trial. He was not involved And has never saw or spoke to me in my Life. There testimony is Filled with Lies And Allegations with no Evidence to substatiate their claims. Their is no record of me being processed For this crime on record at the county jail (No Fingerprints, mugshot, miranda or bond)

Because of the Fact that I Am indegent And incarcerated I Feel that the Court needs An Explanation of what occured in my case.

On September 26, 2004 at approximately 8:00 p.m. I was driving From DeLand Fl. to my home in Pompano Beach Fl. via the Florida Turnpike. This drive was dangerous because of the Fact South Florida was experiencing the Effects of Hurricane JEANNE, which had stalled over West Palm Beach For approximately 12 hrs. My Fuel was running low And I saw A Shell gas Station on Okeechobee Rd. As I Approached the Shell Station driveway I heard A Emergency horn Blowing And looked in my Rearview mirror to see A police officer motioning me to stop. I stopped And the officer Approached my Vehicle And Asked For my drivers License And my vehicle paperwork. I complied. Then the officer Asked me if I knew

there was a "curfew in effect in West Palm Beach"? I told him I just drove from Central Fl. and needed fuel. He continued asking me about the curfew several times. He then asked me to step up by the building to get out of the torrential rain an 60-80 mph wind. I complied. At that time officer Kennedy arrived in a marked patrol car. The officers then started to imply that I had been drinking, I told them I had not. I explained I have just drove over 250 miles in Hurricane conditions.

Approximately ten minutes after Kennedy arrived Deputy Manuel arrived in a marked patrol car. He asked about the curfew. Ten minutes later Deputy Wiske arrived in a marked DUI task force Patrol car. He started making allegations that I had been drinking. I denied the allegations and the officers told me to use the payphone and have somone bring me some fuel. They did not say don't drive. Then they all left the gas station. I tried calling but could not reach anyone so I decided to go to the service plaza on the turnpike.

As soon as I reached the edge of Okeechobee Rd. Deputy Wiske appeared across the street. So I proceeded to a parking lot across the street to speak with him, he activated his emergency lights. The parking lot was not paved and had numerous holes and puddles of water

I parked my vehicle next to a puddle approximately 5' in diameter and it had about 10" to 12" of water in it and opened my door to speak with the officer. He came runnin up to my vehicle and said "I'll kill you" and grabbed me around my kneck and threw me down in the water. Then he held my head under the water tryin to drown me. I was scared for my life and tried to escape his grasp but I could not.

Then a cars lights flashed on us and Wiske lifted my head out of the water. It was Deputy Manuel he came over and Wikse picked me up trying to provoke me to fight, I did not resist. He then handcuffed me and charged me with DUI. His dash mounted camera was trained on us but he testified he "forgot" to put a tape in the camera. I was then transported to a BAT facility in Lake Worth or Lantana. The officers drove right by the county jail which was approximately 3 miles from the Shell station.

AT the B.A.T. Facility Wiske berated and threatened me trying to get me to fight. He told me that he and the rest of the officers would testify against me and get a conviction to cover up the assault and police misconduct.

Wiske then asked me to take a Breath Test, I refused telling him I did not trust the test or him after he just tried to Drown me.

I was then transported to the County jail and thrown into a cell. I was not booked or fingerprinted I was released at 8am on the 27th of September with no bond no ticket and no court date.

Sincerly

Michael L. Hopp

#B03224-A2134
Hamilton Correctional (Work camp)
1046 SW 46th ST
Jasper Fl
32052