UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.06-80666-Civ-Hopkins

MICHAEL L. HOPP,

Plaintiff,

vs.

JOHN WISKE,

Defendant.
_________________________________/

# JUDGMENT

This action was tried by a jury with United States Magistrate Judge James M. Hopkins presiding, and the jury has rendered a verdict.[1]

Pursuant to the jury's verdict in favor of the Defendant John Wiske, it is hereby **ORDERED** that the Plaintiff Michael L. Hopp recover nothing and the action be dismissed on the merits. The Court reserves jurisdiction to award attorney's fees, if appropriate.

All pending motions are **DENIED** as moot.

---

[1] The parties consented to magistrate judge jurisdiction over the trial pursuant to 28 U.S.C. 636 (c).

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 4 day of December, 2008.

James M. Hopkins

James M. Hopkins
United States Magistrate Judge

cc: Counsel of record